Appeal, Third Circuit, Parish of Lafayette. 215 So.2d 218.

Writ denied. Under the facts found by the Court of Appeal there is no error of law in its judgment.

FOURNET, C. J., is of the opinion a writ should be granted.

SANDERS, J., is of the opinion a writ should be granted.

■

218 So.2d 901

**Samuel Doug LUCIUS, Individually and on Behalf of the minor, Sherry Ann Lucius**

**v.**

**STONEWALL INSURANCE COMPANY and William Cross.**

**No. 49602.**

Feb. 24, 1969.

In re: Samuel Doug Lucius applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Vernon. 215 So.2d 843.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.